UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                     Criminal No.  2:26-MJ-00017

MIGUEL ANGEL AGUIRRE

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Comes now Jonathan T. Storage, Assistant United States Attorney for the Southern District of West Virginia, and informs the Court that one **MANUEL MARVIN TZOC-TZEP** is incarcerated in the South Central Regional Jail, Charleston, West Virginia, and that the said **MANUEL MARVIN TZOC-TZEP** is necessary for a hearing before the United States District Court for the Southern District of West Virginia, at Charleston, West Virginia, on **February 5, 2026, at 2:30 p.m.**

WHEREFORE, your petitioner prays for an Order of this Court directing the United States Marshal for the Southern District of West Virginia, or any other authorized law enforcement officer, to produce the body of said **MANUEL MARVIN TZOC-TZEP** that **MANUEL MARVIN TZOC-TZEP** may appear and testify before the United States District Court for the Southern District of West Virginia at Charleston, West Virginia, on **February 5, 2026, at 2:30 p.m.**

Respectfully submitted,

MOORE CAPITO
United States Attorney


/s/ Jonathan T. Storage
Jonathan T. Storage
Assistant United States Attorney
WV Bar No.  12279
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax:  304-347-5104
Email:  Jonathan.Storage@usdoj.gov